# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER TOWERS and CATHERINE (aka) KATE TOWERS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>POST PROPERTIES LLC, a California Limited Liability Company; PETER H. POST; LYNAYA PFISTER aka LYNAYA POST; MICHAEL REIN; REIN & REIN, a California professional law corporation.<br><br>　　　　　Defendants. | Case No.:   2:24-CV-02965-DC-AC<br><br>**[PROPOSED] ORDER ON MOTION FOR ADMINSTRATIVE RELIEF TO EXCEED PAGE LIMITATION ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [LOCAL RULE 233]**<br><br><br>Action Filed:   October 28, 2024<br>Trial date:  None<br>U.S. Magistrate Judge:  Allison Claire |

　　The Court, having considered the papers submitted in support of the motion, the records in the Court's file, the arguments of counsel for defendants and GOOD CAUSE appearing therefore:

IT IS HEREBY ORDERED:

　　Leave is granted.  Defendants may file a motion to dismiss containing 22 pages.

Dated: March 10, 2025

　　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

K:\docs\CASES\6884-21276\PLEADINGS\proposed order administrative relief

1

[PROPOSED] ORDER ONMOTION FOR ADMINSTRATIVE RELIEF TO EXCEED PAGE LIMITATION ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [LOCAL RULE 233]