UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER TOWERS and CATHERINE TOWERS,<br>Plaintiffs,<br>v.<br>POST PROPERTIES, LLC, et al,,<br>Defendants. | No. 2:24-cv-2965 DC AC<br><br><u>ORDER</u> |

This matter was referred to the undersigned for pretrial management by E.D. Cal. R. ("Local Rule") 302(c)(21), because plaintiffs were proceeding pro se. Plaintiffs have now requested to substitute counsel on their behalf. ECF No. 46. The request is unopposed and is GRANTED. Because plaintiffs are now represented by counsel, the referral to the undersigned is no longer in effect.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' request to substitute counsel on their behalf (ECF No. 45) is GRANTED;

2. All dates pending before the undersigned are VACATED;

3. Plaintiffs' previously granted permission to e-file as pro se litigants (ECF No. 31) is REVOKED;

3. Going forward, the parties shall conduct pretrial matters, **other than discovery motions**, before the District Judge assigned to this action. Discovery motions remain referred to

the magistrate judge by Local Rule 302(c)(1).

4. This matter is REFERRED back to the District Judge assigned to this action.

IT IS SO ORDERED.

DATED: August 25, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE